H/ljg/23100.327/answer
MJP/coa

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District
Southern District of Texas
FILED
MAR 0 1 2001
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RON M. LEVINE AND SERENA R. LEVINE | § § § | |
| PLAINTIFFS | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-025 |
| ALLSTATE INSURANCE COMPANY | § § § § | |
| DEFENDANT | § | NON-JURY |

## DEFENDANT'S ORIGINAL ANSWER
## SUBJECT TO DEFENDANT'S 12(b) MOTION TO DISMISS OR TRANSFER

Defendant, Allstate Insurance Company, files this original answer to Plaintiffs' Original Complaint subject to Defendant's 12(b) Motion to Dismiss that is being filed contemporaneously with this Answer.

### A.     ADMISSIONS AND DENIALS

1.     To the best of Defendant's knowledge, Defendant admits the allegations in Paragraph 1.

2.     Defendant admits that Allstate Insurance Company is an insurance company duly organized and existing in the State of Illinois, but denies that service of process is proper through its attorney of record as there is no attorney of record in this new cause of action.

3.     Defendant denies allegations in Paragraph 3.

4.     Defendant admits the allegations in Paragraph 4.

5.     Defendant admits the allegations in Paragraph 5.

6.     Defendant admits the allegations in Paragraph 6.

7.     Defendant is without knowledge or information sufficient to form a belief as a truth in the

that case, in the underlying, Plaintiff's Fourth Amended Original Petition which is attached as Exhibit 2 to Plaintiff's Complaint.

8. Defendant admits the basic law principle by Plaintiffs regarding the duty to defend and potential coverage are correct, but denies that Plaintiff's Fourth Amended Original Petition alleges facts that are covered under Plaintiffs' policy with Defendant.

9. Defendant admits the basic principles cited by Plaintiff in regard to an insurer's duty to defend is correct, but denies that Allstate owes a duty to defend.

10. Defendant denies the allegations in Paragraph 10.

11. Defendant denies the allegations in Paragraph 11.

12. Defendant denies the allegations in Paragraph 12.

13. Defendant denies the allegations in Paragraph 13.

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
The Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By: _____
MARTIN J. PHIPPS
State Bar No. 00791444
Federal Bar No.: 20104

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, has been sent by certified mail, return receipt requested to the following on this 28 day of February, 2001:

Ron M. Levine, Pro Se
P.O. Box 3996
South Padre Island, Texas  78597

_____
MARTIN J. PHIPPS

# VERIFICATION

STATE OF TEXAS         §
                       §
COUNTY OF BEXAR        §

  BEFORE ME, the undersigned Notary Public, on this day personally appeared MARTIN J. PHIPPS, who being by me duly sworn upon his oath, deposed and stated that he is the attorney of record for Allstate Insurance Company, Defendant in the above-entitled and numbered cause; that he has read the above Defendant's Original Answer; and that the allegations contained therein are within his personal knowledge and are true and correct.

_____
MARTIN J. PHIPPS, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME, on this the 28 day of February, 2001, to certify which witness my hand and official seal.

_____
Notary Public, State of Texas

4