8

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 26 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RON M. LEVINE, ET AL | * | |
| | * | |
| VS | * | C.A. NO. B01-025 |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | |

## ORDER SETTING CONFERENCE

An initial pretrial conference in above-captioned and numbered cause of action is hereby set for **May 22, 2001, at 2:00 p.m.** The parties shall be prepared to argue any pending motions.

DONE at Brownsville, Texas, this 24th day of April 2001.

Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
2nd Floor, Courtroom No. 1
600 E. Harrison,
Brownsville, Texas 78520
956/548-2701