# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| RON M. LEVINE, ET AL | * |
| | * |
| VS | *  C.A. NO. B-01-025 |
| | * |
| ALLSTATE INSURANCE COMPANY | * |

## ORDER SETTING STATUS CONFERENCE

A status conference in above-captioned and numbered cause of action is hereby set for **September 6, 2001, at 2:00 p.m.**

DONE at Brownsville, Texas, this **17th** day of **July 2001**.

Felix Recio
United States Magistrate Judge
U.S. Federal Bldg. & Courthouse
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, TX 78520
956/548-2701