===================================================================
# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS
===================================================================

RON M. LEVINE AND
SERENA R. LEVINE            §
                            §
                            §
versus                      §   CIVIL ACTION NO. B-01-025
                            §
ALLSTATE INSURANCE COMPANY  §
                            §

United States District Court
Southern District of Texas
ENTERED

SEP 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| *[signature]* MARTIN J. PHIPPS | Allstate Ins. Corp | 9/6/01 |
| *[signature]* Ron M Levine | Ron Levine + Serena Levine | 9/6/01 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

### Felix Recio

to conduct all further proceedings, including final judgment.

9/7/01
Date

*[signature]*
United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**

ClibPDF - www.fastio.com