```
COURTROOM MINUTES:  Felix Recio Judge Presiding
                    Southern District of Texas, Brownsville Division

Courtroom Clerk      :   M Garcia
ERO                  :   G Mendieta
CSO                  :   R Zepeda
Law Clerk            :   R Byrd
Date                 :   September 6, 2001 at 2:00 p.m.
```

*United States District Court, Southern District of Texas — FILED SEP - 6 2001 — Michael N. Milby, Clerk of Court*

---

CIVIL CASE NO. B-01-25

| | | |
|---|---|---|
| Ron M Levine et al | * | Pro Se |
| vs | * | |
| Allstate Insurance | | M Phipps |

---

## PRETRIAL CONFERENCE

Attorney Martin Phipps present for Allstate Insurance;
R Levine present on behalf of himself and his wife;

Deft's atty proceeds to argue his Motion for Transfer of Venue;

Plaintiff presents arguments;

M Phipps and R Levine consent to have the Magistrate proceed over this case and sign off on a Consent 636(c);

The Court will take this under advisement.